IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **LARKEN ALEXANDER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 4:16-cv-00131-CDP |
| | ) |
| **CSL PLASMA,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

**DISCLOSURE OF CORPORATE INTERESTS CERTIFICATE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to Local Rule 2.09, notice is hereby given by counsel of record for CSL Plasma Inc., ("CSL Plasma"), that the following corporate interests are disclosed:  The parent company of CSL Plasma is CSL Behring.

Respectfully submitted,

POLSINELLI PC

By:/s/ Lauren W. Cohen
   LAUREN W. COHEN (MO #62709)
   100 S. Fourth Street, Ste. 1000
   St. Louis, MO  63102
   (314) 622-6638
   lcohen@polsinelli.com


ATTORNEYS FOR CSL PLASMA INC.

52530077.1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 2, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  I further hereby certify that I have mailed, by United States Postal Service, the document to the following non-CM/ECF participants:

Larken Alexander
5957 Floy
St. Louis, MO 63147

*Pro Se Plaintiff*

                */s/ Lauren W. Cohen*

52530077.1